**LAW OFFICES OF KENNETH J. KAPLAN, P.C.**

260 MADISON AVENUE
NEW YORK, NY 10016
TEL: (212)750-3100  FAX: (212)750-8628
EMAIL: KJKAPLAN@KJKAPLANLAW.COM  WEB: WWW.KJKAPLANLAW.COM

March 7, 2022

<u>BY ECF</u>

Honorable Anne E. Thompson
United States District Judge
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re: United States v. Nelly Petrosyan, 19-CR-674
        <u>Travel Request</u>

Dear Judge Thompson,

  On behalf of Defendant Nelly Petrosyan, I am respectfully requesting that Miss Petrosyan be granted permission to travel on March 16, 2021 and return on March 20, 2022, to visit her sister and family at their home in Sheffield, Massachusetts, the address and contact information having been provided to Pre-trial Services. Both Pre-trial Services and the government have no objection to this request.

            Respectfully submitted,

            *Kenneth J. Kaplan*

            Kenneth J. Kaplan

cc: Stephen Boose, Pretrial Services
  Darren Halverson, Trial Attorney, DOJ

It is so ordered this 8th day of March, 2022

*Anne E. Thompson*
Anne E. Thompson, U.S.D.J.

{N0446458.1}