# LAW OFFICES OF KENNETH J. KAPLAN, P.C.

260 MADISON AVENUE
NEW YORK, NY 10016
TEL: (212)750-3100  FAX: (212)750-8628
EMAIL: KJKAPLAN@KJKAPLANLAW.COM
WEB: WWW.KJKAPLANLAW.COM

May 9, 2024

BY ECF

Honorable Georgette Castner
United States District Judge
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re:    United States v. Nelly Petrosyan, 19-CR-674
             Travel Request

Dear Judge Castner,

    On behalf of Defendant Nelly Petrosyan, I am respectfully requesting that Ms. Petrosyan be granted permission to travel to Sheffield, Massachusetts from May 22, 2024 to May 27, 2024, to spend time with her family. Both Pre-trial Services and the government have no objection to this request.

**SO ORDERED**
on this 15th day of May, 2024

_/s/ Georgette Castner_
Hon. Georgette Castner, U.S.D.J.

Respectfully submitted,

_Kenneth J. Kaplan_

Kenneth J. Kaplan

cc: Jazzlyn Harris, Pretrial Services
    Darren Halverson, Trial Attorney, DOJ

{N0715105.1}